# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JHOANNA JANETH VARGAS-QUINTANA, ) ) ) | |
| Petitioner, ) ) | |
| v. ) ) | Case No. 7:21-cv-1237-MHH-GMB |
| WARDEN GARRETT, ) ) ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

In her habeas petition, Ms. Vargas-Quintana requested relief in the form of hardship credit for custody served during the COVID-19 pandemic. (Doc. 1). The respondent has notified the Court that Ms. Vargas-Quintana was released from the custody of the Federal Bureau of Prisons on July 22, 2022 and removed from the United States. (Doc. 16; Doc. 16-1; Doc. 16-2). Because Ms. Vargas-Quintana already has been released from BOP custody, the Court no longer may provide meaningful relief to her. Therefore, the Court finds her petition for writ of habeas corpus moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (holding that "a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7–8 (1998) (finding that a petitioner must demonstrate collateral consequences to avoid the mootness doctrine once he

has been released from custody). The Court will issue a separate opinion dismissing this matter as moot.

    **DONE** and **ORDERED** this August 5, 2022.

                          _____
                          **MADELINE HUGHES HAIKALA**
                          UNITED STATES DISTRICT JUDGE